IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CLIFTON WALKER, SR.**                                                            **PLAINTIFF**

v.                                       CAUSE NO. 1:13CV331-LG-JCG

**CITY OF GULFPORT; GULFPORT POLICE
DEPARTMENT; ALAN WEATHERFORD,
PAUL RHODES, JARED FORE, M.S. GUYNES,
C. FORE, NICHOLAS OLDS, J.A. HAYES,
W. J. RIDDLE, D.J. CASTILLO,** in their
official and individual capacities; and
**UNKNOWN JOHN AND JANE DOES A-Z**
in their official and individual capacities            **DEFENDANTS**

## JUDGMENT

Having disposed of all remaining claims pending before this Court;

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of Defendants.  This action is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 10th day of December, 2014.

                                                     s/ *Louis Guirola, Jr.*
                                                     LOUIS GUIROLA, JR.
                                                     CHIEF U.S. DISTRICT JUDGE